UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Savino Del Bene U.S.A., Inc.              25-cv-9651 (JGK)

              Plaintiff,              ORDER

    - against -

Ample, Inc.,

              Defendant.

---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was January 5, 2026. To date, no answer has been filed.

The time for the defendant to answer or respond to the petition is extended to **March 10, 2026.** Failure to respond to the petition by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **March 2, 2026.**

SO ORDERED.

Dated:    **New York, New York**
          **February 25, 2026**

                                John G. Koeltl
                        United States District Judge