UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SAVINO DEL BENE U.S.A. INC.,

                    Plaintiff(s)

        -against-

AMPLE, INC.,

                    Defendant(s).

---------------------------------------------------------------X

                                                 25 civ 9651 (JGK)

**ORDER**

The conference scheduled for Thursday, March 12, 2026, at 3:00pm, is canceled.

**SO ORDERED.**

                              **JOHN G. KOELTL**
                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 5, 2026