UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Savino Del Bene U.S.A., Inc.,

                Plaintiff,          25-cv-09651 (JGK)

      - against -          ORDER

Ample, Inc.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

March 25, 2026.

SO ORDERED.

Dated:    New York, New York
        March 11, 2026

                            John G. Koeltl
                     United States District Judge