UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

SAVINO DEL BENE U.S.A., INC.,

                Plaintiff,          25-cv-9651 (JGK)

     - against -            ORDER

AMPLE, INC.,

                Defendant.

————————————————————————————

JOHN G. KOELTL, District Judge:

The Court ordered the parties to file a Rule 26(f) report by March 25, 2026, but the parties failed to do so. The time for the parties to file a Rule 26(f) report is extended to **April 10, 2026.** If the parties fail to file the Rule 26(f) report by that date, the case will be dismissed for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
         March 31, 2026

                          John G. Koeltl
                 United States District Judge