UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SAVINO DEL BENE U.S.A., INC.,

               Plaintiff,          25-cv-9651 (JGK)

       - against -            ORDER

AMPLE, INC.,

               Defendant.
_____

JOHN G. KOELTL, District Judge:

    A suggestion of bankruptcy has been filed with respect to the defendant, Ample, Inc. See ECF No. 12.

    The case is therefore stayed. The plaintiff should provide a status report by **October 16, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 16, 2026

                        _____
                          John G. Koeltl
                 United States District Judge