UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE U.S.A., INC.,

Plaintiff,

- against -

AMPLE, INC.,

Defendant.

25-cv-9651 (JGK)

Order

**John G. Koeltl, District Judge:**

The plaintiff was directed to provide a status update to the Court by October 16, 2026. See ECF No. 16. The plaintiff has made no such submission. The plaintiff's time to provide a status update to the Court is extended to **December 18, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
October 19, 2026

John G. Koeltl
United States District Judge